**Order entered June 7, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00116-CR

**CLETERRION DENGELO MOSBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1775925-V**

## ORDER

The clerk's record in this appeal was due on March 31, 2018. When it was not filed, we notified the district clerk by postcard dated April 4, 2018 and instructed that the record be filed within thirty days. To date, the clerk's record has not been filed. We **ORDER** the Dallas County District Clerk to file the clerk's record in this appeal **WITHIN TEN DAYS** of the date of this order.

/s/      LANA MYERS
         JUSTICE